CLERK'S Letter from t/Central Dist. of CA transferring case & transmitting t/following:
7/14/99   1   COMPLAINT filed Summons(es) issued referred to Discovery Margaret A. Nagle; jury demand (ip) [Entry date 07/15/99]

 7/14/99 2 NOTICE by plaintiff of related case(s) CV 98-6292 HLH (RCx)& other related group. (in) [Entry date 07/20/99]

7/29/99 3 ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 97-7023 HLH (RCx)] Case transferred from Judge Richard A. Paez to Judge Harry L. Hupp for all further proceedings., Case referred from Discovery Margaret A. Nagle to Discovery Rosalyn M. Chapman . The case number will now reflect the initials of the transferee Judge [ CV 99-7226 HLH (RCx)] (cc: all counsel) (in) [Entry date 07/29/99]

9/7/99   4   RETURN OF SUMMONS and proof of svc of Sums, Cmp, Ntc ofRelated Cases, USDC C/D Ord re Mot Practice, ADR Materialsand Ntc of Assignment to US Mag Judge executed upon dftJanet Reno, Atty Gen of the USA on 8/9/99 by delivering to& leaving w/Genoneva Ortega, UA Atty (ap) [Entry date 09/08/99]

 9/30/99 7  SUPPL ORDER of Consolidation by Judge Harry L. Hupp  (relates to MDL 1237) (pbap) [Entry date 10/28/99]

10/1/99  5  ANSWER filed by defendant USA to complaint [1-li (Relates  to MDL 1237) (pbap) [Entry date 10/07/99]

10/19/99 6 THIRD-PARTY COMPLAINT: by defendant USA; adding Korean Air Lines Co Ltd (relates to MDL 1237) (pbap) [Entry date 10/22/99] [Edit date 10/22/99]

11/8/99  8 WAIVER OF SERVICE of SUMMONS by third-party defendant Korean Air Lines Co sent by plf on 10/18/99 (el) [Entry date 11/09/991

12/16/99 9 ANSWER TO THIRD PARTY COMPLAINT [6-1] by third-party defendant Korean Air Lines Co (pbap) [Entry date 12/27/99]

12/16/99 9 COUNTERCLAIM by third-party defendant Korean Air Lines Co against third-party plaintiff USA (pbap) [Entry date 12/27/991

12/16/99 9 CROSSCLAIM by third-party defendant Korean Air Lines Co against cross-defendant Serco Mgt Svc Inc (relates to MDL  1237) (pbap) [Entry date 12/27/99] [Edit date 12/27/99]

1/5/00  10  ANSWER TO CROSSCLAIM [9-1] by cross-defendant USA (Relates  to MDL 1237) (shb) [Entry date 01/13/001

1/5/00 10   CROSSCLAIM by cross-claimant Serco Management against third-party defendant Korean Air Lines Co ; (Relates to MDL  1237) (shb) [Entry date 01/13/00]
1/25/00 11  ANSWER TO CROSSCLAIM [10-1] by cross-defendant Korean Air  Lines Co (relates to MDL 1237) (pbap) [Entry date 02/01/00]

2/22/00  12   REPLY by defendant USA, third-party plaintiff USA re [9-1] (pbap) [Entry date 03/01/00]

3/31/00  14  REPLY by defendant USA in suppt of motion to dismiss cases improperly fld in the Central Dist [15-1], motion to  transfer case to the Dist of Guam [15-2] (relates to MDL NO. 1237) (yl) [Entry date  06/21/001

5/7/00 13  OPPOSITION by plaintiff Sang-Kyu Yun, plaintiff Kap-Kyu Yun, plaintiff Yong-Kyu Yun, plaintiff Man-Kyu Yun to to USA's mot to dism or in the alt to transfer case to Guam (shb) [Entry date 06/09/00]

6/14/00  15  NOTICE OF MOTION AND MOTION by defendant USA to dismiss cases improperly fld in the Central Dist or, in the alt, to transfer case to the Dist of Guam; motion hearing set for 9:30 7/21/00 (related to MDL NO. 1237) (yl) [Entry date 06/21/00]

7/3/00 15  ERRATA sheet to dft USA's reply memo in supprt of motion to dismiss cases improperly fid in the Central Dist [15-1], motion to transfer case to the Dist of Guam [15-2] (pbap) [Entry date 07/05/00]

7/31/00  16  DECLARATION of Brian J. Alexander by plaintiff Steering Committee (pbap) [Entry date 08/01/00]

7/31/00  17  SURREPLY by plaintiff Steering Committee in Opp re [15-1],  re [15-2] (pbap) [Entry date 08/03/00]

8/7/00 18  RESPONSE by defendant USA to plf's Surreply in Opp to motion to dismiss cases improperly fld in the Central Dist [15-1], to motion to transfer case to the Dist of Guam  [15-2] (re: MDL 1237) (pbap) [Entry date 08/10/00]

8/10/00  19  NOTICE OF MOTION AND MOTION by plaintiff Steering Committee re choice of law on the issue of damages agnst dfts US, Serco & KAL ; motion hearing set for 10:00 8/28/00 Lodged  ord (pbap) [Entry date 08/11/00]

 8/10/00  20  MEMORANDUM IN SUPPORT by plaintiff Steering Committee of motion re choice of law on the issue of damages agnst dfts  US, Serco & KAL [19-1] (pbap) [Entry date 08/11/00]

10/12/00 22  DECLARATION of Yong-Kyu Yoon by plaintiff Sang-Kyu Yun, plaintiff Kap-Kyu Yun, plaintiff Yong-Kyu Yun, plaintiff Man-Kyu Yun in suppt of Mot for Partial Summary Adjudication, Or in the Alt, Mot to Establish Standing (yl) [Entry date 10/19/00]

10/12/00  22a   DECLARATION of Michael P. Verna In Supt  of Mtn for Partial Summary Adjudication or, in theAlternative, Mtn  to Establish Standing [Submttd by Pltfs]  (Note:  Document found between document nos. 22 & 23.  Not listed/docketed on docket sheet provided by Central Dist of CA.  Made part of the docket entry on 5/15/01)

10/12/00 23  NOTICE OF MOTION AND MOTION by plaintiff Sang-Kyu Yun, plaintiff Kap-Kyu Yun, plaintiff Yong-Kyu Yun, plaintiff Man-Kyu Yun for partial summary adjudication, or in alter to extablish standing ; motion hearing set for 10:00  11/13/00 Lodged stint & ord (pbap) [Entry date 10/25/00]

10/12/00 24  MEMORANDUM by plaintiff Sang-Kyu Yun, plaintiff Kap-Kyu  Yun, plaintiff Yong-Kyu Yun, plaintiff Man-Kyu Yun in  support of motion for partial summary adjudication [23-1],  of motion to extablish standing [23-21. (re: MDL 1237)  (pbap) [Entry date 10/25/00]

10/17/00 21  PROOF OF SERVICE by plaintiff Sang-Kyu Yun on 10/11/00, of pla's ntc of mot for psumjgm. (bp) [Entry date 10/18/00]

10/30/00 25  Response by defendant USA to motion for partial summary adjudication [23-11, motion to extablish standing [23-21 (bp) [Entry date 11/01/00]

11/6/00  26  NOTICE OF ERRATA by defendant USA correcting motion  response [18-1] (bp) [Entry date 11/07/00]

11/28/00  27  MOTION by plaintiff to cont or enlarge ti to respond to plf Young-Kyn Youn's mtn for partial s/j adj or in the alter, to establish standing ; motion hearing set for 10:00  12/4/00 (pbap) [Entry date 12/05/00]

11/28/00  28  DECLARATION of Charles Herrmann by plaintiff re motion to  cont or enlarge ti [27-1] . (re MDL 1237) (pbap)  [Entry date 12/05/00]

11/28/00  29  DECLARATION of Charles Herrmann in supprt of pif's Ahn's response re motion for partial summary adjudication [23-1], re motion to extablish standing [23-21 (pbap) [Entry date 12/05/00]

11/28/00  30  Memo of P&A's in RESPONSE by plaintiff Soo-Yun Ahn to motion for partial summary adjudication [23-1], to motion  to extablish standing [23-2] (pbap) [Entry date 12/05/00]

11/28/00  31  DECLARATION of Ahn, Soo-Yun's plaintiff in supprt re motion for partial summary adjudication [23-1], motion to  extablish standing [23-2] (pbap) [Entry date 12/05/001

11/28/00  32  Stint of genuine issues in response to plf Yong-Kyu Yoon's undisputed stint of uncontroverted facts and conclusion of law by plaintiff Soo Jin Ahn etc (pbap) [Entry date 12/05/00]

12/1/00  33  MINUTES: contd hearing on motion to cont or enlarge ti [27-1] 10:00 12/18/00, contd hearing on motion for partial  summary adjudication [23-1] 10:00 12/18/00 by Judge Harry  L. Hupp CR: N/P Cynthia L. Mizell (pbap) [Entry date 12/11/00]    .2/1/00  34   STIPULATION and ORDER by Judge Harry L. Hupp contd hearing on motion for partial summary adjudication [23-1] set 12/4/00 to 10:00 12/18/00. (re: MDL 1237) (pbap) [Entry date 12/11/00]

12/19/01  35   2nd Suppl Memo by plaintiff in response re motion for partial sum adj [23-1], re mtn to extablish standing [23-2]   (pbap) [Entry date 03/21/01]

3/23/0l   36   MEMO OF CONTENTIONS OF FACT and LAW by defendant USA   (Relates to decedent Yun, Sun-Kyu) (Relates to MDL 1237) (shb) [Entry date 03/27/01]

3/23/01   37   EXHIBIT list by defendant USA (Relates to decedent Yun  Sun-Kyu) (Relates to MDL 1237) (shb) [Entry date 03/27/01]

3/23/01   38   WITNESS list submitted by defendant USA (Relates to decedent Yun, Sun Kyu) (Relates to MDL 1237) (shb) [Entry date 03/27/01]

3/26/01   39   MINUTES: Re: mtn for partial sum jgm [23-1] . This minute order determines this matter for the purposes of these two cases (herein) ; no more formal order is required by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 03/29/01]

3/27/01   40   WITNESS list submitted by plaintiffs (ir) [Entry date 04/02/01]

3/27/01   41   EXHIBIT list by plaintiffs (ir) [Entry date 04/02/01]

3/27/01   42   MEMORANDUM OF CONTENTIONS OF FACT and LAW by plaintiffs (ir)[Entry date 04/02/01]

3/28/01   43   MINUTES: by Judge Harry L. Hupp ; pretrial conference on 1:30 4/18/01; In addition, certain individual problems are noted as follows: (see mins) CR: Cynthia L. Mizell (yc)[Entry date 04/04/01]

 4/5/01 45 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345;

98-6344; 98-6343; 98-6342; 98-6341; 98-6337; 98-6388; 98-6316; 98-6806; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you have any questions concerning this minute order, please contact the crt clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/19/01]

4/11/01  44  AHN'S MEMO OF CONTENTIONS OF FACT and LAW fld by Sun-Kyu Yun (rl) [Entry date 04/18/01]

4/11/01  46  JOINT EXHIBIT list. (re: MDL 1237) (pbap) [Entry date 04/19/01]

4/17/01  48  RESPONSE by plaintiffs to OSC on late filinngs on PTC Ords (MDL No 1237; decedent Yoon or Yun Sun Kyu) (dw) [Entry date 05/01/01]

4/18/01  47  MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia L. Mizell. **see MO for detailed lnfo** (pbap) [Entry date 04/24/01]

4/18/01  50  PTC ORDER by Judge Harry L. Hupp. (re: MDL 1237), Yun, Sun-Kyu (Decedent). **see ord for detailed info** (pbap) [Entry date 05/03/01]

4/23/01  49  MINUTES: The above cases (herein) are transferred to the USDC for the District of Guam for trial on the issue of damages. After various serverances and consolidations, there are five cases for trial, organized by decedent, as follows: (1) . Decedent Kim Bong Su, CV 98-4500; (2) Decedent Chung Ki Chul, CV 98-5450; Decedent Lee Kyung Han, CV 98-6369; CV 99-13513; (4). Lee Sung Chul and Sopng Byung Won (husband and wife), CV 99-13508, CV 99-13527; CV98-6369, and CV 98-8140; (5). Yun (or Yoon) SunKyu, CV 99-7226; CV 98-2243 (f) . With regard to CV 2243 (f) , the claims of plfs Ahan for the death of decedent Yun have previously been severed from the balance of CV 98-2243 and consolidated with CV 99-7226. The claims of plfs Ahn related to the death of Yun Sun Kyu are now designated by number CV 98-2243(f). The remainder of CV 98-2243 is not transferred to the District of Guam and remains in the Central District. Case transferred to Dist of: Guam by Judge Harry L. Hupp CR: not present (ENT 5/3/01) MD JS 6 Re: MDL 1237, Air Crash, Agana Guam, August 6, 1997 (pbap) [Entry date 05/03/01]

5/7/01  --TRANSMITTAL of documents of orig file, cc docket & ord to the District of GUAM. (pbap) [Entry date 05/07/01]
;   [RSN EOD 05/17/2001]